JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG OTA and MARGARET OTA, | Case No. 2:25-cv-02976-PVC |
| Plaintiffs, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA and DOES 1 TO 50, | |
| Defendants. | |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed in its entirety with prejudice, each side to bear her, his, and its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 28, 2026

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

204411132.v1